IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MICHAEL LOUIS OVERTON,

    Plaintiff,

vs.

ATASCADERO STATE HOSPITAL,

    Defendants.

No. C 12-5192 WHA (PR)

**ORDER OF TRANSFER**

    This is a civil rights case brought pro se by a state prisoner incarcerated at the California Men's Colony ("CMC"). He sues Atascadero State Hospital and its employees based on events that took place there. Atascadero is located within the venue of the United States District Court for the Central District of California. Venue for this case is therefore proper in the Central District. *See* 28 U.S.C. 1391. Accordingly, and in the interests of justice, this case is **TRANSFERRED** to the United States District Court for the Central District of California. *See* 28 U.S.C. 1404(a), 1406(a). The clerk shall transfer this matter forthwith.

    **IT IS SO ORDERED.**

Dated: October  25  , 2012.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

N:\OVERTON5192.TRN.wpd